IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY JOHNSON**                                                                                          **PLAINTIFF**

**v.**                                       **CASE NO. 4:19-CV-00788-BSM**

**GEICO GENERAL INSURANCE COMPANY**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 4th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE